# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TONEY JUDKINS,  )<br>  )<br>  Petitioner  )<br>  )<br>v.  )<br>  )<br>LEON FORNISS, WARDEN,  )<br>THE ATTORNEY GENERAL  )<br>OF THE STATE OF ALABAMA,  )<br>  )<br>  Respondents  ) | Case No. 2:05-CV-01937-RDP-HGD |

## FINAL JUDGMENT

On July 13, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED** as time-barred.

**DONE** and **ORDERED** this ___10th___ day of October, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE